No. 81–6133.  SULLIVAN *v.* LANE, ACTING WARDEN, ET AL.; SULLIVAN *v.* LANDHOUISE ET AL.; SULLIVAN *v.* BURGESS ET AL.; SULLIVAN *v.* THOMPSON, GOVERNOR OF ILLINOIS, ET AL.; and SULLIVAN *v.* JOHNSON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–6137.  BEARDEN *v.* WHITE, GOVERNOR OF ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 81–6138.  BEACH *v.* LEBEL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 81–6139.  BRAY *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 81–6146.  COOKS *v.* SPALDING, WARDEN, WASHINGTON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–6147.  HALL *v.* THOMAS.  Sup. Ct. Va.  Certiorari denied.

No. 81–6148.  FRANKS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 81–6150.  FILLYAW *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 81–6153.  ELLISON *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 81–6159.  MONTANA *v.* COMMISSIONERS COURT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–6160.  HOLIFIELD *v.* DAVIS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.